612 A.2d 982

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Lawrence P. TOOMBS, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 23, 1992.

320

## ORDER

PER CURIAM.

The Petition of Allowance of Appeal is granted. The matter is transferred to the Superior Court for disposition on the merits. The Application to proceed in forma pauperis is granted. The Application for appointment of counsel is remanded to the trial court for disposition.